IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT ALBORRAN,                          :
                    Plaintiff             :
          v.                              : Case No. 3:16-cv-71-KRG-KAP
TREVOR WINGARD, WARDEN,                    :
S.C.I. SOMERSET, *et al.*,                 :
                    Defendants            :

## Memorandum Order

This matter was referred to Magistrate Judge Keith A.
Pesto for pretrial proceedings in accordance with the Magistrates
Act, 28 U.S.C.§ 636, and Local Civil Rule 72.

The Magistrate Judge filed a Report and Recommendation
on November 3, 2017, ECF no. 68, recommending that the remaining
defendants' motion for summary judgment at ECF no. 57 be granted.
The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1),
they had fourteen days to file written objections. Plaintiff filed
timely objections at ECF no. 70 which I have reviewed *de novo* but
reject.

After *de novo* review of the record, the Report and
Recommendation, and the timely objections thereto, the following
order is entered:

AND NOW, this 27th day of March, 2018, it is

ORDERED that the remaining defendants' motion for summary judgment, ECF no. 57, is granted. The Report and Recommendation at ECF no. 68 is adopted as the opinion of the Court. To the extent that the pleading "Request for Relief" at ECF no. 73 can be considered a motion it is denied. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Robert Alborran JZ-5430
S.C.I. Fayette
50 Overlook Drive
P.O. Box 9999
Labelle, PA 15450